IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TFHSP, LLC SERIES 10147, | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | |
| | § | |
| V. | § | |
| | § | |
| U.S. BANK NATIONAL ASSOCIATION, | § | |
| as Trustee for the Certificate Holders of | § | |
| Bear Stearns Asset Backed Securities I | § | |
| LLC, Asset Backed Certificates, Series | § | |
| 2004-HE4, | § | |
| | § | No. 3:14-CV-2589-M-BN |
| Defendant/Counter-Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | |
| KATHERINE SCROGGINS and | § | |
| ROBERT SCROGGINS, | § | |
| | § | |
| Counter-Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case,
the Findings, Conclusions, and Recommendation of the United States Magistrate Judge
dated December 4, 2015, and the Objections filed on December 16, 2015, the Court finds that
the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and
they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and
Recommendation of the United States Magistrate Judge are accepted.

SO ORDERED.

December 31, 2015.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS