IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TFHSP, LLC SERIES 10147, | § | |
|     Plaintiff/Counter-Defendant, | § § § | |
| V. | § § | |
| U.S. BANK NATIONAL ASSOCIATION, as Trustee for the Certificate Holders of Bear Stearns Asset Backed Securities I LLC, Asset Backed Certificates, Series 2004-HE4, | § § § § § § § | No. 3:14-CV-2589-M-BN |
|     Defendant/Counter-Plaintiff, | § § | |
| V. | § § | |
| KATHERINE SCROGGINS and ROBERT SCROGGINS, | § § § | |
|     Counter-Defendants. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND FINAL JUDGMENT**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case on April 18, 2016. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

It is therefore ORDERED, ADJUDGED, and DECREED that Counter-Plaintiff U.S. Bank National Association as Trustee for the Certificate Holders of Bear Stearns Asset Backed Securities I LLC, Asset Backed Certificates, Series 2004-HE4's ("U.S. Bank") Motion for Default Judgment and Brief in Support is GRANTED. It is further ORDERED, ADJUDGED, and DECREED that U.S. Bank may foreclose on the following described

property located in Dallas County, Texas, which has a mailing address of 10417 Broadmoor Lane, Rowlett, Texas 75089:

> Being Lot 18, Block R of WATERVIEW ESTATES, PHASE 6C, an Addition to the City of ROWLETT, DALLAS County, Texas, according to the Plat thereof recorded in Volume 2002040, Page 11, Map Records, DALLAS County, Texas.

It is further ORDERED, ADJUDGED, and DECREED that an order of sale shall issue to any sheriff or constable within the State of Texas, to seize and sell the above-described property the same as under execution in satisfaction of this judgment. The sheriff or other officer executing the order of sale shall place the purchaser of the above-described property in possession within 30 days after the day of sale. The order of sale shall have the same force and effect as that of a writ of possession between the parties in this action and any person claiming under the defendant by any right acquired pending this action. Lastly, it is ORDERED, ADJUDGED, and DECREED that U.S. Bank's Motion for Award of Attorneys' Fees and Costs is GRANTED to the extent that U.S. Bank is awarded $64,196.00 in fees and $873.52 in costs.

It is further ORDERED, ADJUDGED and DECREED that all relief not previously granted is hereby denied.

SO ORDERED.

May 13, 2016.

_____
BARBARA M. G. LYNN
CHIEF JUDGE